JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, NV 89193
(702) 737-6111

RECEIVED
AND

JUL 11   12 09 PM '11

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

In re:  ) CASE NO.: BK-S-08-14543 BTB
ROBERT MCCARTHY  ) Chapter 7 -- Liquidation
MARGARET MCCARTHY  )
  )
  )
  )
Address:  )
    7828 RAMBLEWOOD AVENUE  )
    LAS VEGAS, NV 89128  ) Hearing Date: N/A
  ) Hearing Time: N/A

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 9 | JESSICA ADAMS AND GYRONES CARROLL<br>9624 FAST ELK STREET<br>LAS VEGAS, NV 89143 | 1,250.00 |
| 7 | KAREN JONES RUDDER<br>9616 FAST ELK STREET<br>LAS VEGAS, NV 89143-1161 | 191.54 |
| 15 | REPUBLIC SERVICES OF NEVADA<br>770 SOUTH SAHARA<br>LAS VEGAS, NV 89193-8508 | 54.16 |
| 16 | DANIELLE AND DARRYL KELLEY<br>11741 VIA VERA CRUZ COURT<br>LAS VEGAS, NV 89138 | 238.52 |
| | TOTAL: $ | 1,734.22 |

Dated: 7/8/11

James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

202806 - $1,734.22